IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                       )
                                        )   2:10-cv-02151-GEB-KJN
            Plaintiff,                  )
                                        )
     v.                                 )   ORDER RE: SETTLEMENT AND
                                        )   DISPOSITION
Christopher Poon, Individually          )
and as Trustee of the Poon              )
Family Trust Dated September 1,         )
1990; Florence Poon,                    )
Individually and as Trustee of          )
the Poon Family Trust Dated             )
September 1, 1990,                      )
                                        )
            Defendants.                 )
_____         )

Defendants filed a "Notice of Settlement" on February 18, 2011, in which they state, "the parties have settled this action [and d]ispositional documents will be filed within twenty (20) calendar days." (ECF No. 10.)

Therefore, a dispositional document shall be filed no later than March 10, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The Final Pretrial Conference scheduled for July 23, 2012, shall remain on calendar in the event no dispositional document is

1

filed, or if this action is not otherwise dismissed.[1]  Further, a joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  February 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).